















```
JPP    7/24/02    14:04
3:02-CV-01442   MERCIER V. FASANO
*1*
*PCSO.*
```

Stanley J. Riney
State Bar No. 120735
7777 Alvarado Rd., Ste. 619
La Mesa, California 91941
Telephone: (619) 460-6054
Facsimile: (619) 464-3824

Attorney for Plaintiff,
ROGER MERCIER



FILED

02 JUL 24 PM 1:03

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MERCIER,<br><br>Plaintiff,<br><br>v.<br><br>ADELE J. FASANO, District Director, U.S. Immigration and Naturalization Service,<br><br>Defendant. | Case No. 02 CV 1442 H (LAB)<br><br>COMPLAINT FOR RELIEF IN THE NATURE OF MANDAMUS<br><br>INS No.'s: WAC-01-286-51688<br>                  WAC-01-286-51661 |

Plaintiff by his attorney, complaining of Defendant alleges as follows:

1. Plaintiff Roger G. Mercier is an individual and a citizen of the United States who resides within the jurisdiction of this Court.

2. Defendant Adele J. Fasano is the District Director of the San Diego District of the Immigration and Naturalization Service (INS), an agency of the United States Government, and she is sued herein in her official capacity.

3. The Court has jurisdiction of this action pursuant to 28 U.S.C. 1331, 28 U.S.C. 1361, 28 U.S.C. 1651, 5 U.S.C. 701 et seq. and 28 U.S.C. 2201 et seq.

4. On or about September 4, 2001, Plaintiff filed two Form I-130, Immigrant Petition for Relative, Fiancee, or Orphan. One petition was filed for the Plaintiff's wife, Maria D. Cepero as beneficiary, under file number WAC-01-286-51661. The other petition was filed for the Plaintiff's wife's minor son, Adrian Hernandez, as beneficiary under file number WAC-01-286-51688. The Defendant has a duty to adjudicate these applications.

- 1 -                                                            Mercier.Com/.rp66

COMPLAINT FOR RELIEF IN THE NATURE OF MANDAMUS

5. Plaintiff and Maria D. Cepero were married on June 18, 1998. Plaintiff and his wife, Maria D. Cepero had a son Ismael Gaston Mercier on November 3, 1997 in Havana, Cuba. The son is and has been recognized as an American citizen and resides in Cuba with his mother.

6. After filing the applications, on September 17, 2001, the Immigration and Naturalization Service sent the Plaintiff a Receipt Notice for each application. The receipt for the beneficiary, Adrian Hernandez, improperly identified the application as one of an "unmarried child" (age 21 or older) of U.S. Citizen 201(a)(1) INA. The petitioner immediately contacted the Immigration and Naturalization Service and advised of the error. The service has failed and refused to respond. Therefore, based on information and belief, Plaintiff alleges that the mistake has not been corrected and the Immigration and Naturalization Service continues to process the application as a minor child over the age of 21 years.

7. It is imperative Adrian Hernandez' application be properly and promptly adjudicated. Adrian Hernandez is nearing the age of 16 years. Law No. 75 of the Cuban Defense Code provides that once a child reaches the age of 16 years they may not leave the country until the age of 21 years in order to serve in the Cuban military.

8. If Adrian Hernandez is not allowed the leave the country before 16 years of age, Plaintiff's wife and minor child will not be able to see petitioner in the United States since petitioner's wife will not leave her minor child in Cuba.

9. Plaintiff and Plaintiff's counsel have made numerous inquiries over the past nine months as to the status of the pending application. Defendant's office has been unable or unwilling to disclose the status of the application. Therefore, Plaintiff alleges, on information and belief, that his turn has been reached and that his case should be completed.

10. Defendant Fasano is taking no action on Plaintiff's application.

11. Plaintiff has exhausted his administrative remedies.

12. Defendant's refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law.

13. Plaintiff has been greatly damaged by the failure of Defendant to act in accord with her duties under the law.

13. Plaintiff has been greatly damaged by the failure of Defendant to act in accord with her duties under the law.

14. The Defendant, in violation of the Administrative Procedures Act, 5 U.S.C. 701 et seq., is unlawfully withholding or unreasonably delaying action on Plaintiff's application and has failed to carry out the adjudicative and administrative functions delegated to her by law and regulation with regard to Plaintiff's case.

WHEREFORE, Plaintiff prays:

A. That the Defendant be ordered to have her agents process this case to a conclusion;

B. For reasonable attorney's fees and;

C. For such other and further relief as this Court may deem proper.

DATE: 7/24/02

Stanley J. Riney
Attorney for Plaintiff

- 3 -

Mercier.Com/.rp66

COMPLAINT FOR RELIEF IN THE NATURE OF MANDAMUS

# CIVIL COVER SHEET

The JS-44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

## I. (a) PLAINTIFFS
ROGER MERCIER

## DEFENDANTS
ADELE J. FASONO, District Director; U.S. Immigration and Naturalization Service

02 JUL 24 PM 12:59

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

(b) County of Residence of First Listed Plaintiff: San Diego
(EXCEPT IN U.S. PLAINTIFF CASES)

County of Residence of First Listed: San Diego
(IN U.S. PLAINTIFF CASES ONLY)
NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE LAND INVOLVED.

(c) Attorney's (Firm Name, Address, and Telephone Number)
Stanley J. Riney    (619) 460-6054
7777 Alvarado Rd., Ste. 619
La Mesa, CA 91941

Attorneys (If Known)
02 CV 1442 H (LAB)
U.S. District Court
Southern District of California

## II. BASIS OF JURISDICTION (Place an "X" in One Box Only)
- ☐ 1 U.S. Government Plaintiff
- ☐ 3 Federal Question (U.S. Government Not a Party)
- ☒ 2 U.S. Government Defendant
- ☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff and One Box for Defendant) (For Diversity Cases Only)

|  | PLF | DEF |  | PLF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|
| ☐ 110 Insurance | PERSONAL INJURY / PERSONAL INJURY | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane / ☐ 362 Personal Injury—Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability / ☐ 365 Personal Injury — Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander / ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | PROPERTY RIGHTS | ☐ 450 Commerce/ICC Rates/etc. |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ Medicare Act | ☐ 340 Marine / PERSONAL PROPERTY | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability / ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☐ 840 Trademark | ☐ 810 Selective Service |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle / ☐ 371 Truth in Lending | ☐ 690 Other | | ☐ 850 Securities/Commodities/Exchange |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability / ☐ 380 Other Personal Property Damage | LABOR | SOCIAL SECURITY | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury / ☐ 385 Property Damage Product Liability | ☐ 710 Fair Labor Standards Act | ☐ 861 HIA (1395ff) | ☐ 891 Agricultural Acts |
| ☐ 195 Contract Product Liability | | ☐ 720 Labor/Mgmt. Relations | ☐ 862 Black Lung (923) | ☐ 892 Economic Stabilization Act |
| REAL PROPERTY | CIVIL RIGHTS / PRISONER PETITIONS | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 863 DIWC/DIWW (405(g)) | ☐ 893 Environmental Matters |
| ☐ 210 Land Condemnation | ☐ 441 Voting / ☐ 510 Motions to Vacate Sentence | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 894 Energy Allocation Act |
| ☐ 220 Foreclosure | ☐ 442 Employment / Habeas Corpus: | | ☐ 865 RSI (405(g)) | ☐ 895 Freedom of Information Act |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/Accommodations / ☐ 530 General | ☐ 790 Other Labor Litigation | FEDERAL TAX SUITS | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 240 Torts to Land | ☐ 444 Welfare / ☐ 535 Death Penalty | ☐ 791 Empl. Ret. Inc. Security Act | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 950 Constitutionality of State Statutes |
| ☐ 245 Tort Product Liability | ☐ 440 Other Civil Rights / ☐ 540 Mandamus & Other | | ☐ 871 IRS—Third Party 26 USC 7609 | ☒ 890 Other Statutory Actions |
| ☐ 290 All Other Real Property | / ☐ 550 Civil Rights | | | |
| | / ☐ 555 Prison Condition | | | |

## V. ORIGIN (PLACE AN "X" IN ONE BOX ONLY)
- ☒ 1 Original Proceeding
- ☐ 2 Removed from State Court
- ☐ 3 Remanded from Appellate Court
- ☐ 4 Reinstated or Reopened
- ☐ 5 Transferred from another district (specify)
- ☐ 6 Multidistrict Litigation
- ☐ 7 Appeal to District Judge from Magistrate Judgment

## VI. CAUSE OF ACTION
(Cite the U.S. Civil Statute under which you are filing and write brief statement of cause. Do not cite jurisdictional statutes unless diversity.)

8 U.S.C. Sec. 1151(b)(2)A(i); 8 U.S.C. Sec. 1154    29:1361 (30)
Claim to right to family sponsored visa.

## VII. REQUESTED IN COMPLAINT:
☐ CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23
DEMAND $
CHECK YES only if demanded in complaint:
JURY DEMAND: ☐ Yes  ☐ No

## VIII. RELATED CASE(S) IF ANY
(See instructions):
JUDGE _____
DOCKET NUMBER _____

DATE: July 24, 2002
SIGNATURE OF ATTORNEY OF RECORD: [signature]

FOR OFFICE USE ONLY
RECEIPT # 084850  AMOUNT $150.00  APPLYING IFP _____  JUDGE _____  MAG. JUDGE _____