















JPP   7/24/02    14:06

3:02-CV-01442   MERCIER V. FASANO

*2*

*SM.*

ROGER MERCIER

vs

ADELE J. FASANO, District Director, U.S.
Immigration and Naturalization Service

**SUMMONS IN A CIVIL ACTION**

Case No.

02 JUL 24 PM 1:03

02 CV 1442 H (LAB)

BY: _____ DEPUTY

TO: (Name and Address of Defendant)

Arlene J. Fasano, District Director
U.S. Immigration and Naturalization Service
880 Front Street
San Diego, CA 92101

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and
serve upon PLAINTIFF'S ATTORNEY

Stanley J. Riney
7777 Alvarado Rd., Ste. 619
La Mesa, CA 91941

An answer to the complaint which is herewith served upon you, within 60 days after service of
this summons upon you, exclusive of the day of service. If you fail to do so, judgment by
default will be taken against you for the relief demanded in the complaint.

| W. Samuel Hamrick, Jr. | JUL 2 4 2002 |
|---|---|
| CLERK | DATE |
| R. F. MESSIG | |
| Deputy Clerk | |

AO 440 (Rev 5 85) Summons in a Civil Action

2