















```
CAG    9/24/02    10:07
3:02-CV-01442   MERCIER V. FASANO
*3*
*ANS.*
```

CAROL C. LAM
United States Attorney
SAMUEL W. BETTWY
Special Assistant U.S. Attorney
California State Bar No. 94918
Federal Office Building
880 Front Street, Room 6293
San Diego, California 92101-8893
Telephone: (619) 557-7119

Attorneys for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MERCIER,<br>[A70 176 947]<br><br>Plaintiff,<br><br>v.<br><br>ADELE FASANO, District Director,<br>U.S. Immigration & Naturalization Service,<br><br>Defendant. | No. 02-cv-1442-H (LAB)<br><br>ANSWER TO COMPLAINT |

COMES NOW the Defendant, Adele Fasano, Director of the San Diego District of the United States Immigration and Naturalization Service ("INS"), by and through her attorneys, Carol C. Lam, United States Attorney, and Samuel W. Bettwy, Special Assistant United States Attorney, and hereby files this Answer to Plaintiff's Complaint:

1. Answering Paragraph 1 of the Complaint, Defendant alleges that she is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies, generally and specifically, each, all and every allegation therein.

//

FILED
02 SEP 23 PM 3:50
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

ORIGINAL

2.   Answering Paragraph 2 of the Complaint, Defendant admits the substantial truth of the allegations contained therein.

3.   Answering Paragraph 3 of the Complaint, Defendant affirmatively alleges that said paragraph contains jurisdictional allegations that present legal conclusions and questions of law to be determined solely by the Court, to which no answer is required. To the extent that an answer is required, each, all and every allegation contained in said paragraph is denied.

4.   Answering the first three sentences of Paragraph 4 of the Complaint, Defendant admits the substantial truth of the allegations contained therein. Answering the fourth sentence of said paragraph, Defendant affirmatively alleges that said sentence contains allegations that present legal conclusions and questions of law to be determined solely by the Court, to which no answer is required. To the extent that an answer is required, each, all and every allegation contained in said sentence is denied.

5.   Answering Paragraph 5 of the Complaint, Defendant alleges that she is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies, generally and specifically, each, all and every allegation therein.

6.   Answering the first sentence of Paragraph 6 of the Complaint, Defendant admits the substantial truth of the allegations contained therein. Answering the second and third sentences of said paragraph, Defendant alleges that she is without knowledge or information sufficient to form a belief as to the

truth of the allegations therein contained, and based thereon, denies, generally and specifically, each, all and every allegation therein. Answering the remaining sentences of said paragraph, Defendant denies each, all and every allegation therein.

7. Answering Paragraph 7 of the Complaint, Defendant affirmatively alleges that said paragraph contains allegations that present legal conclusions and questions of law to be determined solely by the Court, to which no answer is required. To the extent that an answer is required, each, all and every allegation contained in said paragraph is denied.

8. Answering Paragraph 8 of the Complaint, Defendant alleges that she is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies, generally and specifically, each, all and every allegation therein.

9. Answering the first sentence of Paragraph 9 of the Complaint, Defendant alleges that she is without knowledge or information sufficient to form a belief as to the truth of the allegations therein contained, and based thereon, denies, generally and specifically, each, all and every allegation therein. Answering the remaining sentences of said paragraph, Defendant denies each, all and every allegation therein.

10. Answering Paragraph 10 of the Complaint, Defendant denies each, all and every allegation therein.

11. Answering Paragraph 11 of the Complaint, Defendant denies each, all and every allegation therein.

12. Answering Paragraph 12 of the Complaint, Defendant denies each, all and every allegation therein.

13. Answering Paragraph 13 of the Complaint, Defendant denies each, all and every allegation therein.

14. Answering Paragraph 14 of the Complaint, Defendant denies each, all and every allegation therein.

## AFFIRMATIVE AND OTHER DEFENSES

1. Plaintiff has failed to exhaust administrative remedies.

2. Defendant is processing Plaintiff's application in the normal course of its operations.

3. Sufficient process, sufficient service of process and/or proper venue is/are not waived.

4. Plaintiff has failed to state a claim upon which relief can be granted.

5. There is no law, regulation or policy whereby the Immigration and Naturalization Service ("INS") expedites the adjudication of applications so that the applicant can avoid foreign military service.

WHEREFORE Defendant prays that Plaintiff take nothing by reason of his suit herein, that judgment be rendered in favor of said Defendant, for costs of suit herein incurred, and for such other and further relief as this Court may deem proper.

DATED: September 23, 2002       CAROL C. LAM
                                United States Attorney

                                SAMUEL W. BETTWY
                                Special Assistant U.S. Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

ROGER MERCIER,

        Petitioner,

v.

ADELE FASANO, District Director,
IMMIGRATION and NATURALIZATION
SERVICE, et al.,

        Respondents.

Civil No.  02cv1442-H(LAB)

CERTIFICATE OF SERVICE
BY MAIL

STATE OF CALIFORNIA

COUNTY OF SAN DIEGO

) ss.

IT IS HEREBY CERTIFIED that:

I, Cynthia A. Melin-Schwartz, am a citizen of the United States over the age of eighteen years and a resident of San Diego County, California; my business address is 880 Front Street, San Diego, California; I am not a party to the above-entitled action; and

On **September 23, 2002** I deposited in the United States Mail at San Diego, California, in the above-entitled action, in an envelope bearing the requisite postage, a copy of the following:

**Answer to Complaint**

addressed to the attorney of record,

**Stanley J. Riney, Esq.
7777 Alvarado Road, Suite 619
La Mesa, CA  91941**

the last known address at which place there is delivery service of mail from the United States Postal Service. I declare under penalty of perjury that the foregoing is true and correct.

Executed on this  **23rd** Day of **September 2002**.

CYNTHIA A. MELIN-SCHWARTZ