















CAG   10/21/02   15:59

3:02-CV-01442   MERCIER V. FASANO

*4*

*O.*

FILED

02 OCT 21 PM 3:37

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MERCIER,<br><br>　　　　　　　　　　Plaintiff,<br>vs.<br>ADELE FASANO, District Director, U.S. Immigration & Naturalization Service,<br><br>　　　　　　　　　　Defendant. | CASE NO. 02cv1442-H (LAB)<br><br>**ORDER SCHEDULING EARLY NEUTRAL EVALUATION CONFERENCE** |

**IT IS HEREBY ORDERED** that an Early Neutral Evaluation of your case will be held on *November 6, 2002, 1:30 p.m.*, in the chambers of United States Magistrate Judge Larry A. Burns, United States Courthouse, 940 Front Street, Room 1165, San Diego, California.

Pursuant to Rule 16.1(c) of the Local Rules of the United States District Court for the Southern District of California, all parties and principal counsel shall appear **in person** at the conference and shall be prepared to discuss the claims, defenses, and damages. In addition, the **final-decision maker** for each insured defendant and other representatives of the party **having full and complete authority to enter into a binding settlement**, shall also appear at the conference. Parties should also be prepared to present demands and offers of settlement. **Failure of any person whose attendance is required to appear in person will result in the imposition of sanctions. No requests for appearances by telephone will be granted.** *In cases where a party is incarcerated, arrangements will be made for the incarcerated party to appear by telephone.*

K:\COMMON\BURNS\_CASES\MERCIER\ENE.ORD　　　　　　　　- 　　　　　　　　02cv1442

1    Plaintiff's counsel shall give notice of the Early Neutral Evaluation conference to all defendants making an appearance after the date of this notice.

Parties must submit **confidential** letter briefs to Magistrate Judge Burns' chambers at least five court days prior to the conference. The letter briefs should provide a factual and legal synopsis of the case and propose terms for settlement.

All conference discussions will be informal, off the record, privileged and confidential.

In the event the case does not settle at the Early Neutral Evaluation Conference, the parties shall also be prepared to discuss the following matters at the conclusion of the conference:

1. Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1)(E) to the initial disclosure provisions of Federal Rule of Civil Procedure 26(a)(1)(A-D);

2. The scheduling of the Federal Rule of Civil Procedure 26(f) conference;

3. The scheduling of the initial disclosures pursuant to Rule 26(a)(1)(A-D) and for lodging the parties' proposed Federal Rules of Civil Procedure Rule 26(f) discovery plan; and

4. A tentative case management schedule.

Questions regarding this order or scheduling should be directed to Magistrate Judge Burns' chambers at (619) 557-5874.

**IT IS SO ORDERED.**

DATED: 10/15/02

*[signature]*

**HONORABLE LARRY A. BURNS**
United States Magistrate Judge

cc:  Chief District Judge Marilyn L. Huff
     All Counsel of Record

## NOTICE OF RIGHT TO CONSENT TO TRIAL
## BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of 28 U.S.C. §636(c), you are hereby notified that a U.S. Magistrate Judge of this district may, upon the consent of all the parties, conduct any or all proceedings, including a jury or non-jury trial, and order the entry of a final judgment. Counsel for the plaintiff shall be responsible for obtaining the consent of all parties, should they desire to consent. Consent forms are available in the Clerk's Office.

You should be aware that your decision to consent or not to consent is entirely voluntary and should be communicated solely to the Clerk of Court. Only if all parties consent will the Judge or Magistrate Judge to whom the case has been assigned be informed of your decision.

Judgments of the U.S. Magistrate Judges are appealable only to the U.S. Court of Appeals in accordance with this statute and the Federal Rules of Appellate Procedure.