








KSR    11/8/02    15:52

3:02-CV-01442   MERCIER V. FASANO

*5*

*O.*

FILED

02 NOV -8 PM 2:44

CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY Ridgway DEPUTY

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROGER MERCIER,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>ADELE FASANO, District Director, U.S. Immigration & Naturalization Service,<br><br>　　　　　Defendant. | CASE NO. 02cv1442-H (LAB)<br><br>**ORDER:**<br><br>**(1) FOLLOWING EARLY NEUTRAL EVALUATION CONFERENCE, AND**<br><br>**(2) SCHEDULING TELEPHONIC CASE MANAGEMENT/STATUS CONFERENCE** |

On November 6, 2002, the court convened an Early Neutral Evaluation Conference in this case. Stanley Riney, Esq., appeared on behalf of plaintiff; Thomas Stahl, Esq. appeared on behalf of defendant. The case was not settled at that time.

**GOOD CAUSE APPEARING, IT IS HEREBY ORDERED** that, pursuant to Rule 16 of the Federal Rules of Civil Procedure and Local Rule 16.1, a *telephonic* Case Management/Status Conference shall be held on *November 26, 2002, at 1:15 p.m.*, in the chambers of the *Honorable Larry A. Burns*, United States Magistrate Judge, First Floor, United States Courthouse, 940 Front Street, San Diego, California. The purpose of the conference is to set a timetable and schedule for future proceedings and discovery. Principal counsel shall participate in the conference call; parties are excused. Defendant's counsel, Mr. Stahl, shall initiate the conference call with all counsel on the line to Judge Burns' chambers at (619) 557-5874. (Pending the next conference, and with the

- 1 -

02cv1442

agreement of the parties, the court orders a stay of discovery.) Each party shall comply with Local Rule 16.1(d) and notify the court if settlement is reached prior to the next scheduled hearing.

The parties shall also be prepared to discuss the following matters during the conference:

1. Any anticipated objections under Federal Rule of Civil Procedure 26(a)(1)(E) to the initial disclosure provisions of Federal Rule of Civil Procedure 26(a)(1)(A-D);

2. The scheduling of the Federal Rule of Civil Procedure 26(f) conference;

3. The scheduling of the initial disclosures pursuant to Rule 26(a)(1)(A-D) and for lodging the parties' proposed Federal Rules of Civil Procedure Rule 26(f) discovery plan; and

4. A tentative case management schedule.

**IT IS SO ORDERED.**

DATED: 11-8-02

*[signature]*

**HONORABLE LARRY A. BURNS**
United States Magistrate Judge

cc: Chief District Judge Marilyn L. Huff
All Counsel of Record