















```
KSR    11/26/02    8:23
3:02-CV-01442   MERCIER V. FASANO
*6*
*MO.*
```

## MINUTES OF THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

Case: Mercier v. Fasano                                    Case No: 02cv1442-H (LAB)

HON. Larry A. Burns          CT. DEPUTY Tisha Washam                    Rptr. _____

Present

Plaintiff(s):     No appearance.

Defendant(s):    No appearance.

The court has received the parties' stipulation for dismissal. Accordingly, the Case Management/Status Conference on the calendar of Magistrate Judge Larry A. Burns for *November 26, 2002* is *off calendar*.


DATE:   November 25, 2002                              INITIALS: _TW_ Deputy

CC:     CHIEF DISTRICT JUDGE MARILYN L. HUFF
        STANLEY RINEY, ESQ.
        THOMAS STAHL, ESQ.

K:\COMMON\BURNS\_CASES\MERCIER\MINUTES.RS1                                02cv1442