















```
KSR     12/3/02    7:44
3:02-CV-01442   MERCIER V. FASANO
*7*
*STIPO.*
```

**ORIGINAL**   FILED

02 DEC -2 PM 2: 12

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

1  CAROL C. LAM
   United States Attorney
2  Assistant U.S. Attorney
   Chief, Civil Division
3  California State Bar No. 078291
   Federal Office Building
4  880 Front Street, Room 6293
   San Diego, California 92101-8893
5  Telephone: (619) 557-7140

6  Attorney for Defendant

7

8              UNITED STATES DISTRICT COURT

9             SOUTHERN DISTRICT OF CALIFORNIA

10 ROGER MERCIER,                  )  Case No.: 02 cv 1442 H (LAB)
11         Plaintiff,              )
                                   )  STIPULATION FOR DISMISSAL AND
12    v.                           )  ORDER THEREON
                                   )
13 ADELE FASANO, District Director, U.S.
14 Immigration & Naturalization Service,
15         Defendant.

16    IT IS HEREBY STIPULATED by and between Defendant, by and through her attorneys,
17 Carol C. Lam, United States Attorney, and Tom Stahl, Assistant U.S. Attorney, Chief, Civil
18 Division, and Plaintiff, Roger Mercier, by and through his attorney, Stanley J. Riney, that because
19 the Plaintiff's application has been granted, this action shall be dismissed in accordance with the
20 following terms:
21    1.   The Complaint filed in this case and the action shall be dismissed as to Defendant,
22 with prejudice, pursuant to Fed. R. Civ.P. 41(a)(2).
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

ENTERED ON 12-3-02

Mercier.Stip/rp67

STIPULATION FOR DISMISSAL AND ORDER THEREON

2. The parties shall bear their own costs, fees and expenses.

DATE: 11/20/02

_____
Stanley J. Riney
Counsel for Plaintiff

DATE: _____

_____
Carol C. Lam
United States Attorney

DATE: 11/23/02

_____
Tom Stahl, Assistant U.S. Attorney
Chief, Civil Division
Attorneys for Defendant

## ORDER DISMISSING ACTION

Pursuant to the stipulations of the parties recited above,

IT IS HEREBY ORDERED THAT:

1. The action is dismissed in is entirety, with prejudice;

2. Each party shall bear its own costs of suit.

DATE: 11-27-02

_____
Honorable Marilyn L. Huff
Chief Judge of the District Court

Mercier.Stip/rp67

STIPULATION FOR DISMISSAL AND ORDER THEREON